IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WELLS FARGO BANK,
NATIONAL ASSOCIATION,

      Appellant,

v.

GAIL W. CURTIS, AS
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF JOHN M. CURTIS;
GAIL W. CURTIS, AN
INDIVIDUAL; GREEN
GABLES APARTMENTS II,
LTD., A FLORIDA LIMITED
PARTNERSHIP; BLITCHTON
STATION, LTD., A FLORIDA
LIMITED PARTNERSHIP;
LAUREL PARK APARTMENTS
II, LTD., A FLORIDA LIMITED
PARTNERSHIP; TKG
DEVELOPMENT, LLC, A
FLORIDA LIMITED
LIABILITY COMPANY; AND
TKG PROPERTIES, LLC, A
FLORIDA LIMITED
LIABILITY COMPANY

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4894

Opinion filed October 26, 2017.

An appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Stacy D. Blank, Jason H. Baruch, and Patrick M. Chidnese, Holland & Knight LLP, Tampa, for Appellant.

Ian C. White, Stephen C. Emmanuel, and Anthony L. Bajoczky, Jr. of Ausley McMullen, Tallahassee for Appellees Blitchton Station, Ltd., Laurel Park Apartments II, Ltd., and Green Gables Apartments II, Ltd.

Jorge A. Lopez of Lopez & Associates, Coral Gables, for Appellees TKG Development, LLC and TKG Properties, LLC.

PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.